

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00462-CR

### Ex Parte Mely Saldana

On Appeal from the
430th District Court of Hidalgo County, Texas
Trial Cause No. CR-1501-14-J(1)

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that denies Saldana's application for writ of habeas corpus.

We further order this decision certified below for observance.

October 11, 2018